# United States Court of Appeals
## For the First Circuit

No. 09-1279

THE SHELL COMPANY (PUERTO RICO) LIMITED,

Plaintiff, Appellee,

v.

LOS FRAILES SERVICE STATION, INC.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 5, 2010, is amended as follows:

On the cover sheet replace "Raul M. Arias-Marxuach with whom Nannette Berríos Haddock, Frank LaFontaine, and McConnell Valdes LLC were on brief for appellee." with "Nannette Berríos Haddock with whom Raul M. Arias-Marxuach, Frank LaFontaine,and McConnell Valdes LLC were on brief for appellee."

On page 1, line 1, "Petroleum Practices Marketing" should be replaced with "Petroleum Marketing Practices".

On page 23, line 24, "sublease of the station from LFSS" should be replaced with "sublease of the station from Shell".

On page 19, line 19, "proximity does not does not" should be replaced with "proximity does not".